NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000638
15-JUL-2015
03:08 PM

CAAP-12-0000638

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
KILANI DEREGO, Defendant-Appellant,
and
MICHAEL ROBLES, Defendant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 10-1-1469)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on July 2, 2015, is hereby corrected as follows:

1. On page 3, in the third line of text from the bottom of the page, the reference to ""Out-To Return"" should be replaced with ""Out-To-Return"".

2. On page 6, in the eighteenth line, the phrase "was consistent" should be replaced with "were consistent".

3. On page 10, in the last line, the word "issue" should be replaced with "issues".

4. On page 11, at the beginning of the fourth paragraph, insert "The" before "State" so that as corrected, the text reads: "The State resumed . . . ."

_____

[1] Nakamura, Chief Judge, and Fujise and Leonard, JJ.

5.   On page 13, in the fifth line of footnote 5, the phrase "was not" should be replaced with "were not".

6.   On page 15, in the eighth line of the first paragraph of Section "I.", the word "witness" should be replaced with "witnesses" so that as corrected, the text reads:   ". . . the witnesses against him."

7.   On page 17, in the second line from the bottom of the page, the word "envision" should be replaced with "envisioned".

8.   On page 18, in eighth line after the block quote, the word "the" before "Robles'" should be deleted, so that as corrected, the text reads: ". . . trustworthiness of Robles' prior statements . . . ."

9.   On page 19, in the fourth line of the first paragraph of Section "D.", a comma should be inserted after the word "statements" so that as corrected, the text reads: ". . . they were statements, "other than . . . .""

10.   On page 19, in the first line of the second paragraph of Section "D.", the word "that" between "and" and "State" should be deleted so that as corrected, the text reads: ". . . and the State does not dispute . . . ."

11.   On page 20, in the second line of the first paragraph of Section "II.", the word "of" between "admitting" and "Robles'" should be deleted, so that as corrected, the text reads: ". . . in admitting Robles' hearsay statements . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, July 15, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge